IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01077-PSF-MEH

ANDREA DESMOND,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

    The Court, having reviewed the Stipulation of Dismissal With Prejudice (Dkt. # 10), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED: August 29, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge